IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BENJAMIN VIENT,                )
                               )
          Plaintiff,           )
                               )
     v.                        )     1:19CV2
                               )
SANFORD HERALD, et al.,        )
                               )
          Defendants.          )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on February 10, 2020, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's Motion for a Preliminary Injunction (Doc. 21) is DENIED.

IT IS FURTHER ORDERED that Defendant's Motions to Dismiss (Docs. 12, 15, 22, 24) are DENIED as moot.

               /s/   Thomas D. Schroeder
               United States District Judge

March 6, 2020